IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| KEITH ALLEN H., | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 3:22-CV-222-RAH-KFP |
| RUSSELL CO. JAIL, et al., | ) |
| Defendants. | ) |

### **O R D E R**

This case is before the Court on a Recommendation of the Magistrate Judge entered on June 16, 2022. (Doc. 4.) There being no timely objections filed to the Recommendation, and after an independent review of the file, the Recommendation is ADOPTED, and it is hereby

ORDERED that this case is DISMISSED without prejudice.

Final Judgment will be entered separately.

DONE, on this the 21st day of September, 2022.

/s/ R. Austin Huffaker, Jr.
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE